UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK KENNETH WONG,<br><br>Defendant. | Case No. 12-cr-00021-PJH-1<br><br>**ORDER RE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 42 |

Defendant in the above-captioned case has filed a motion for early termination of supervised release. See Dkt. 42.  The day after the motion's filing, the government filed a notice of substitution of attorney providing information for the updated attorney of record. See Dkt. 43.  However, following the notice of appearance, the government has not filed any opposition or other response to defendant's motion.  Accordingly, the government is directed to file a response indicating its position on defendant's motion, no later than **October 27, 2023**.  Additionally, if the Probation Office wishes to file a response to defendant's motion, it may do so by **October 27, 2023**.  Defendant may file a reply within seven days of the government's response.

**IT IS SO ORDERED.**

Dated:  October 17, 2023

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge