UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00021-PJH-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| MARK KENNETH WONG, | |
| Defendant. | Re: Dkt. No. 42 |

Good cause appearing, and after considering all arguments presented in defendant Mark Kenneth Wong's motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1), and in the absence of opposition from either the government or the probation office, it is hereby ordered that defendant's motion is GRANTED and his term of supervised release is terminated effective immediately.

**IT IS SO ORDERED.**

Dated: November 29, 2023

      /s/ *Phyllis J. Hamilton*
    PHYLLIS J. HAMILTON
    United States District Judge